UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| JAMES WOOD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No.: 1:20-CV-54-TAV-CHS |
| STATE OF TENNESSEE, | ) |  |
| Defendant. | ) |  |

## MEMORANDUM OPINION

This is a prisoner's pro se complaint for violation of 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to voluntarily dismiss this action [Doc. 36], in which he states that he seeks to dismiss this action because he is "currently unable to litigate this case due to [a] myriad of factors including mental distress" [*Id.* at 1]. Defendant has not filed a response, and the time for doing so has passed. *See* E.D. Tenn. L.R. 7.1(a)(2). The Court thus concludes that Defendant has waived any opposition to Plaintiff's request to voluntarily dismiss. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought").

Accordingly, Plaintiff's motion to voluntarily dismiss this action [Doc. 36] will be **GRANTED** and the Clerk will be **DIRECTED** to terminate all other pending motions in this case [Docs. 12, 13, 14, 16, 23, 30, 32] as moot. Also, the Court **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER**.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE